**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW JERSEY CARPENTERS VACATION FUND and BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST, *on Behalf of Themselves and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>*v.*<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, GREENWICH CAPITAL HOLDINGS, INC., GREENWICH CAPITAL ACCEPTANCE, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., ROBERT J. MCGINNIS, CAROL P. MATHIS, JOSEPH N. WALSH, III, JOHN C. ANDERSON, JAMES M. ESPOSITO, RBS SECURITIES, INC. f/k/a GREENWICH CAPITAL MARKETS, INC., d/b/a RBS GREENWICH CAPITAL, MOODY'S INVESTORS SERVICE, INC. and THE MCGRAW-HILL COMPANIES, INC.,<br><br>Defendants. | Case No.: 08-CV-5093 (HB)<br><br><br><br>**ECF CASE** |

**JOINT MOTION TO INTERVENE BY LEAD PLAINTIFFS, LABORERS' PENSION FUND AND HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNSEL OF CHICAGO AND VICINITY AND MIDWEST OPERATING ENGINEERS PENSION TRUST FUND**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Kenneth M. Rehns, dated July 12, 2010, proposed intervenors Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Counsel of Chicago and Vicinity ("Chicago Laborers") and Midwest Operating Engineers Pension Trust Fund ("Midwest OE") (collectively, the "Movants") and Lead Plaintiffs New Jersey Carpenters Vacation Fund ("Carpenters Fund") and Boilermaker Blacksmith National Pension Trust ("Boilermaker") (collectively, "Lead Plaintiffs") respectfully jointly move this Court for an order allowing Chicago Laborers and Midwest OE to intervene by right, or in the

848952.1 1

alternative, by permission as a representative plaintiff in the above-captioned action pursuant to

Fed. R. Civ. P. 24.


Dated: July 12, 2010
　　　 New York, New York

By: ___/s/ *Christopher Lometti*_____

**COHEN MILSTEIN SELLERS &
　TOLL PLLC**

Joel P. Laitman (JL-8177)
Christopher Lometti (CL-9124)
Michael Eisenkraft (ME-6974)
Daniel B. Rehns (DR-5506)
Kenneth M. Rehns (KR-9822)
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Joshua Devore (*admitted pro hac vice*)
S. Douglas Bunch (SB-3028)
Matthew Kaplan (*admitted pro hac vice*)
1100 New York Avenue NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Counsel for the Class and Attorneys for the
Movants*

848952.1 1

## CERTIFICATE OF SERVICE

I, Kenneth M. Rehns, counsel for Lead Plaintiffs and Movants, hereby certify that on July 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

____/s/   Kenneth M Rehns_____
Kenneth M. Rehns

848952.1 1