THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS VACATION FUND and BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST, *on Behalf of Themselves and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>*v.*<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, GREENWICH CAPITAL HOLDINGS, INC., GREENWICH CAPITAL ACCEPTANCE, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., ROBERT J. MCGINNIS, CAROL P. MATHIS, JOSEPH N. WALSH, III, JOHN C. ANDERSON, JAMES M. ESPOSITO, RBS SECURITIES, INC. f/k/a GREENWICH CAPITAL MARKETS, INC., d/b/a RBS GREENWICH CAPITAL, MOODY'S INVESTORS SERVICE, INC. and THE MCGRAW-HILL COMPANIES, INC.,<br><br>Defendants. | Case No.: 08-CV-5093 (HB)<br><br>**ECF CASE** |

**DECLARATION OF KENNETH M. REHNS IN SUPPORT OF THE JOINT MOTION TO INTERVENE BY LEAD PLAINTIFFS, LABORERS' PENSION FUND AND HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNSEL OF CHICAGO AND VICINITY AND MIDWEST OPERATING ENGINEERS PENSION TRUST FUND**

I, Kenneth M. Rehns, an attorney duly admitted to practice law before the courts of the State of New York and this Court, declare, under the penalty of perjury, as follows:

1. I am an Associate with the law firm Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I am fully familiar with all the facts and circumstances herein. I submit this Declaration in support of the joint motion to intervene by Lead Plaintiffs New Jersey Carpenters Vacation Fund (the "Carpenters Fund") and Boilermaker Blacksmith National Pension Trust (the "Boilermaker Trust") (collectively, "Lead Plaintiffs") and proposed intervenors Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers'

District Counsel of Chicago and Vicinity ("Chicago Laborers") and Midwest Operating Engineers Pension Trust Fund ("Midwest OE") (collectively, the "Movants")

2. Exhibit A is a true and correct copy of the Chicago Laborers' Certification of Securities Class Action Complaint.

3. Exhibit B is a true and correct copy of the Midwest OE's Certification of Securities Class Action Complaint.

4. Exhibit C is a Red-lined copy of proposed additions to the relevant paragraphs of the Consolidated First Amended Securities Class Action Complaint.

Dated: New York, New York
       July 12, 2010

                                        /s/ Kenneth M. Rehns
                                        Kenneth M. Rehns (KR-9822)

# **CERTIFICATE OF SERVICE**

I, Kenneth M. Rehns, counsel for Lead Plaintiffs and Movants, hereby certify that on July 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

/s/ Kenneth M Rehns
Kenneth M. Rehns