**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW JERSEY CARPENTERS VACATION FUND, ET AL., | Civ. No. 08-5093-LAP |
| Plaintiffs, | |
| *v.* | |
| THE ROYAL BANK OF SCOTLAND GROUP PLC, ET AL., | |
| Defendants. | |

**SUPPLEMENTAL AFFIDAVIT OF JUSTIN R. HUGHES**

STATE OF CALIFORNIA        )
                                               ) SS.
COUNTY OF MARIN           )

JUSTIN R. HUGHES, being duly sworn, deposes and say:

1.  I am a Vice President of Class Actions at Kurtzman Carson Consultants

LLC ("KCC").  Pursuant to the Court's July 18, 2014 Order Preliminarily Approving the

Settlement, Certifying Settlement Class, Approving Notice to the Class and Scheduling

of Final Approval Hearing (the "Preliminary Approval Order"), KCC was authorized to

act as the Claims Administrator in connection with the settlement of the above-captioned

action.[1]  I have personal knowledge of the facts stated herein. I submit this affidavit as a

supplement to my affidavit dated September 30, 2014 that was attached as Exhibit #7 to

the Declaration of Joel P. Laitman in Support of Motion for Final Approval of Settlement

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 17, 2014 and/or the Preliminary Approval Order, dated July 18, 2014.

and Plan of Allocation, and Motion for Approval of Attorneys' Fees and Expenses, filed with the Court on September 30, 2014.

2. Pursuant to the notice program described in my prior affidavit, through October 10, 2014, KCC has mailed 4,811 copies of the Notice and Claim Form to potential Settlement Class Members or their nominees.

3. As set forth in my prior affidavit, the Notice informed potential Settlement Class Members that requests for exclusion were to be mailed or otherwise delivered, addressed to Harborview MBS Claims Administrator, P.O. Box 43253, Providence, RI 02940-3253, such that they were received by KCC no later than September 30, 2014. KCC has been monitoring all mail delivered to the Post Office Box.

4. As previously reported, as of September 29, 2014, KCC had received 11 requests for exclusion on behalf of 96 entities. As of the date of this Affidavit, KCC has received an additional two (2) requests for exclusion on behalf of two (2) entities, one (1) of which was received after the September 30, 2014 deadline. As a result, there are a total of 12 timely requests for exclusion on behalf of 97 entities and one (1) late exclusion on behalf of one (1) entity. Attached hereto as Exhibit A is a list of the persons and entities that, timely and untimely, submitted requests for exclusion or on whose behalf requests for exclusion were submitted.

MARINA MC KENNA
Commission # 2021192
Notary Public - California
Marin County
My Comm. Expires Apr 21, 2017

_____
Justin R. Hughes

SWORN AND SUBSCRIBED before me
this 10th day of October 2014.

_Marina Mc Kenna_
Notary Public

# Exhibit A

# Harborview MBS Settlement
## Exhibit A
## List of Exclusion Requests Received through October 10, 2014

### <u>TIMELY REQUESTS</u>

**Texas County and District Retirement System**
**FDIC as Receiver for United Western Bank**
**Federal Home Loan Bank of San Francisco**
**AIG Asset Management**
>American General Life Insurance Company
>American Home Assurance Company
>National Union Fire Insurance Co. of Pittsburgh, Pa.
>The Variable Annuity Life Insurance Company"

**Federal Home Loan Bank of Boston**
**NCUA (as Liquidating Agent)**
>U.S. Central Federal Credit Union
>Members United Corporate Federal Credit Union
>Western Corporate Federal Credit Union

**Federal Home Loan Bank of Seattle**
**Dexia Credit**
>Dexia SA/NV
>Dexia Holdings, Inc.
>Dexia Credit Local, SA
>Dexia Credit Local, New York Branch
>FSA Asset Management

**Deutsche Zentral-Genossenschaftsbank AG (DZ Bank AG)**
**Massachusetts Mutual Life Insurance Company**
**PIMCO**
>Equity Trustees Limited as responsible entity for PIMCO Global Bond Fund
>PIMCO Cayman Trust: PIMCO Cayman Global Bond (NZD-Hedged) Fund
>PIMCO Funds: Global Investors Series plc, Low Average Duration Fund
>PIMCO Funds: Global Investors Series plc, Total Return Bond Fund
>PIMCO Funds: PIMCO Total Return Fund
>PIMCO Global Credit Opportunity Master Fund LDC
>Equity Trustees Limited as responsible entity for PIMCO Australian Bond Fund
>Equity Trustees Limited as responsible entity for PIMCO Global Credit Fund
>PCM Fund, Inc.
>PIMCO Absolute Return Strategy 3D Offshore Fund Ltd.
>PIMCO Absolute Return Strategy IV Master Fund LDC
>PIMCO Absolute Return Strategy V Master Fund LDC
>PIMCO Bermuda Trust II:  PIMCO Bermuda Emerging Markets Bond Fund (M)
>PIMCO Bermuda Trust II:  PIMCO Emerging Bond Income Fund (M)
>PIMCO Bermuda Trust II: PIMCO Bermuda Emerging Markets Bond Fund II
>PIMCO Bermuda Trust II: PIMCO Bermuda Income Fund (M)
>PIMCO Bermuda Trust II: PIMCO Bermuda U.S. High Yield Fund (M)

PIMCO Bermuda Trust II: PIMCO Bermuda U.S. High Yield Fund II (M)
PIMCO Bermuda Trust IV: PIMCO Bermuda Developing Local Markets Fund
PIMCO Bermuda Trust IV: PIMCO Bermuda Global Bond Ex-Japan Fund
PIMCO Bermuda Trust IV: PIMCO Emerging Bond Strategy Fund
PIMCO Bermuda Trust IV: PIMCO Global High Yield Strategy Fund
PIMCO Bermuda Trust:  PIMCO Emerging Markets Bond Fund (M)
PIMCO Cayman Trust - PIMCO Cayman Global High Income Fund
PIMCO Cayman Trust : PIMCO Cayman Global Ex-Japan Bond Fund
PIMCO Cayman Trust: PIMCO Cayman Australian Multi-Sector Fund
PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Bond Fund
PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged)
        Income Fund
PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Income Fund
PIMCO Cayman Trust: PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund
PIMCO Cayman Trust: PIMCO Cayman U.S. Total Return Fund
PIMCO Combined Alpha Strategies Master Fund LDC
PIMCO Distressed Mortgage Fund II, L.P.
PIMCO Distressed Senior Credit Opportunities Fund II, L.P.
PIMCO Dynamic Income Fund
PIMCO Equity Series: PIMCO Balanced Income Fund
PIMCO Funds: Global Investors Series plc, Diversified Income Fund
PIMCO Funds: Global Investors Series plc, Euro Bond Fund
PIMCO Funds: Global Investors Series plc, Global Bond Ex-US Fund
PIMCO Funds: Global Investors Series plc, Global Bond Fund
PIMCO Funds: Global Investors Series plc, Global High Yield Bond Fund
PIMCO Funds: Global Investors Series plc, High Yield Bond Fund
PIMCO Funds: Global Investors Series plc, Income Fund
PIMCO Funds: Global Investors Series plc, Strategic Income Fund
PIMCO Funds: PIMCO CommodityRealReturn Strategy Fund®
PIMCO Funds: PIMCO Diversified Income Fund
PIMCO Funds: PIMCO Emerging Local Bond Fund
PIMCO Funds: PIMCO Emerging Markets Bond Fund
PIMCO Funds: PIMCO Extended Duration Fund
PIMCO Funds: PIMCO Floating Income Fund
PIMCO Funds: PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)
PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged)
PIMCO Funds: PIMCO Global Bond Fund (U.S. Dollar-Hedged)
PIMCO Funds: PIMCO Global Bond Fund (Unhedged)
PIMCO Funds: PIMCO High Yield Fund
PIMCO Funds: PIMCO Income Fund
PIMCO Funds: PIMCO Inflation Response Multi-Asset Fund
PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund
PIMCO Funds: PIMCO Long Duration Total Return Fund
PIMCO Funds: PIMCO Moderate Duration Fund
PIMCO Funds: PIMCO Real Return Asset Fund
PIMCO Funds: PIMCO Short-Term Fund

PIMCO Funds: PIMCO Unconstrained Bond Fund
PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio
PIMCO Funds: Private Account Portfolio Series Developing Local Markets Portfolio
PIMCO Funds: Private Account Portfolio Series Emerging Markets Portfolio
PIMCO Funds: Private Account Portfolio Series High Yield Portfolio
PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio
PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio
PIMCO Global StocksPLUS & Income Fund
PIMCO High Income Fund
PIMCO Income Opportunity Fund
PIMCO Monthly Income Fund (Canada)
PIMCO Variable Insurance Trust:  PIMCO Global Bond Portfolio (Unhedged)
PIMCO Variable Insurance Trust:  PIMCO High Yield Portfolio
PIMCO Variable Insurance Trust: PIMCO Short-Term Portfolio
StocksPLUS, L.P. Fund B

**Virginia Retirement System**

## <u>LATE REQUEST</u>

**Athene Annity and Life Company**