UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS VACATION FUND and BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST, *on Behalf of Themselves and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>*v.*<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, ET AL.,<br><br>Defendants. | **Case No.: 08-CV-5093 (LAP)** |

**NOTICE OF LEAD COUNSEL'S APPLICATION FOR FINAL DISTRIBUTION**

PLEASE TAKE NOTICE THAT, Cohen Milstein Sellers & Toll PLLC ("Lead Counsel") hereby submits this Application pursuant to paragraph 29 of the Stipulation of Settlement, dated April 17, 2014 (the "Stipulation"). By Amended Order and Final Judgment dated November 4, 2014 (the "Final Order"), this Court approved the Settlement and directed the parties to consummate the Stipulation in accordance with its terms and provisions. Paragraph 29 of the Stipulation requires Lead Counsel to apply to the Court for an order (the "Class Distribution Order") approving the Claims Administrator's administrative determinations concerning the acceptance and rejection of claims submitted herein and approving any fees and expenses owed to the Claims Administrator, and directing payment of the Net Settlement Fund to Authorized Claimants. Pursuant to the Stipulation, Lead Counsel hereby applies for the Class Distribution Order and requests that the Court postpone entry of such order for 30 (thirty) days from the filing of this application in order to provide time for any claimant disputing Lead Counsel's recommendations to respond.

In connection with the Application, Lead Counsel also submits a Memorandum of Law and the Affidavit of Daniel J. Marotto, on behalf of Kurtzman Carson Consultants, in support of Lead Counsel's Application for Final Distribution, attached as Exhibit 1 to Lead Counsel's Memorandum of Law.

A proposed order is also submitted herewith.

Dated: New York, New York
January 21, 2016

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ Joel P. Laitman*
Joel P. Laitman
Christopher Lometti
Richard Speirs
Michael B. Eisenkraft
Daniel B. Rehns
Kenneth M. Rehns
88 Pine St., 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

Joshua S. Devore
S. Douglas Bunch
1100 New York Ave. N.W., Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jdevore@cohenmilstein.com
dbunch@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**COHEN MILSTEIN SELLERS & TOLL PLLC**

______________________________